# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JOHN W. BOYER** a/k/a **JOHN WESLEY BOYER** and **FRANCHEZKA K. BOYER,**
Appellants,

v.

**US BANK NATIONAL ASSOCIATION, SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO LASALLE BANK, N.A. AS TRUSTEE FOR THE HOLDERS OF THE THORNBURG MORTGAGE SECURITIES TRUST 2007-3,**
Appellee.

No. 4D18-2894

[October 3, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jaimie R. Goodman, Judge; L.T. Case No. 502012CA012511.

Trent J. Swift of Alan C. Espy PA, Palm Beach Gardens, for appellants.

Nancy M. Wallace of Akerman LLP, Tallahassee, and William P. Heller of Akerman LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and FORST, JJ., conur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***